ESTELLA CURE et al., Respondents, *v.* PATRICK McGOVERN, INC., Appellant.

(Argued March 2, 1933; decided April 11, 1933.)

*Bertrand L. Pettigrew* for appellant.

*Jay Leo Rothschild, Louis Rivkin* and *Nathan W. Shapiro* for respondents.

Judgment of the Appellate Division and that of the Trial Term reversed and new trial granted, with costs to abide the event. Held, that no legal liability is established by the evidence in the case. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.